**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Byron M.P.,

Petitioner,

v.

Todd Blanche, et al.,

Defendants.

**ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS**

Civil File No. 26-02186 (MJD/EMB)

---

Albert I. Usumanu, Counsel for Petitioner.

Pedro Del Valle, IV, David W. Fuller, Assistant United States Attorneys, Counsel for Respondents.

---

On July 8, 2026, the Court granted Petitioner Byron M.P.'s Petition for Writ of Habeas Corpus. **[Doc. 14.]** As part of that Order, the parties were required to immediately release Petitioner with all his personal effects seized and notify the Court within 48 hours to confirm that the release occurred.

On July 9, 2026, the Respondents provided a status update informing the Court that Petitioner was released, and that Petitioner's counsel confirmed he was released with all his property. **[Doc. 16.]**

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Petitioner Byron M.P.'s Petition for Writ of Habeas Corpus **[Doc. 1]** is **DISMISSED without prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: July 20, 2026

s/Michael J. Davis
Michael J. Davis
United States District Court